# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 11, 2024

### NO. 03-23-00790-CV

**Enick B. Williams and Jocelyn S. Williams, Appellants**

**v.**

**PlainsCapital Bank and Cenlar, FSB, Appellees**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on August 31, 2023. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.